# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    14 CV 8177

Richard A. Bees,

v.

Bank of American, N.A.; Bayview Loan Servicing, LLC; and Bank of New York Mellon f/k/a The Bank of New York, as Trustee (CWALT2005-57CB),

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bayview Loan Servicing, LLC

| | |
|---|---|
| NAME (Type or print) <br> JONATHAN D. NUSGART | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jonathan D. Nusgart | |
| FIRM   SMITH & WEIK, LLC | |
| STREET ADDRESS   1011 LAKE STREET, SUITE 412 | |
| CITY/STATE/ZIP   OAK PARK, IL 60301 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6211908 | TELEPHONE NUMBER   708/386-9540 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                               APPOINTED COUNSEL | |